ANTONIO RUIZ, SBN 155659
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

E-Filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| ABLE BUILDING MAINTENANCE | CASE NUMBER |
|---|---|
| Plaintiff(s) | C 05 1402 PJH |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1877, DIVISION 87 | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

SEIU, Local 1877, Division 87  [ ] Plaintiff  [X] Defendant  [ ] Other ____

hereby substitutes Dan Siegel of Siegel & Yee, who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  499 14th Street, Suite 220

Oakland, CA  94612      (510) 839-1200    (510) 444-6698

as attorney of record in the place and stead of Weinberg, Roger & Rosenfeld

Dated: 8/9/05

SEIU Local 1877, Division 87

have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 7-22-05

Antonio Ruiz

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: AUG 4, 2005

Dan Siegel

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: 8/11/05

United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (06/02)

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 499 14th Street, Suite 220, Oakland, California 94612.

On August 9, 2005, I served copies of the following documents:

1. Substitution of Attorney

on the parties to this action by placing true copies thereof in sealed envelopes with first class postage thereon fully prepaid and depositing the same in the United States mail at Oakland, California, addressed to

Antonio Ruiz
Weinberg, Roger & Rosenfeld
1001 Marina Village parkway, Suite 200
Alameda, CA 94501-1091

Charles L. Thompson IV
Kauff McClain & McGuire LLP
One Post Street, Suite 2600
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2005 at Oakland, California.

Elizabeth A. Johnson

Able Building Maintenance v. SEIU Local 1877, No C051402PHJ