1  CHARLES L. THOMPSON IV (State Bar No. 139927)
   MATTHEW P. VANDALL (State Bar No. 196962)
2  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
3  San Francisco, California  94104
   Telephone:   (415) 421-3111
4  Facsimile:   (415) 421-0938

5  Attorneys for Plaintiff
   ABLE BUILDING MAINTENANCE
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | ABLE BUILDING MAINTENANCE,                    | CASE NO. C051402 (PJH)
12 |                    Plaintiff,                 | **STIPULATION FOR DISMISSAL**
13 |     v.                                        | **COMPLAINT FILED:**  April 6, 2005
14 | SERVICE EMPLOYEES INTERNATIONAL
   | UNION, AFL-CIO, BUILDING SERVICE
15 | EMPLOYEES UNION, LOCAL 1877, and
   | DOES 7 through 100, inclusive,
16 |
   |                    Defendants.
17

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties hereby
2  stipulate that this action should be dismissed with prejudice in its entirety and without
3  costs to any party.
4  **IT IS SO STIPULATED.**
5
6  DATED: August __, 2005                    SIEGEL & YEE
7
8                                             By:  _____/ s /_____
9                                                  DAN SIEGEL

10                                             Attorneys for Defendant
                                               SERVICE EMPLOYEES INTERNATIONAL
11                                             UNION, AFL-CIO, BUILDING SERVICE
                                               EMPLOYEES UNION, LOCAL 1877
12
13  DATED: August __, 2005                    KAUFF, McCLAIN & McGUIRE LLP
14
15                                             By:  _____/ s /_____
                                                    CHARLES L. THOMPSON IV
16
                                               Attorneys for Plaintiff
17                                             ABLE BUILDING MAINTENANCE

18  **IT IS SO ORDERED:**
19
20  DATED: August 18, 2005                    By: _____
21                                                PHYLLIS J. HAMILTON
                                                  U.S. DISTRICT COURT JUDGE
22  105226.v1
23
24
25
26
27
28

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION FOR DISMISSAL                    CASE NO. C051402 (PJH)